UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                                  Case No. 16 B 15047

    Luann Campbell

             Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/02/2016.

2) The plan was confirmed on 06/28/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/12/2017, 07/10/2018.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/20/2017, 05/23/2018.

5) The case was Dismissed on 10/02/2018.

6) Number of months from filing to last payment: 29.

7) Number of months case was pending: 33.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $4,688.21 |
| Less amount refunded to debtor | $195.68 |

**NET RECEIPTS:** $4,492.53

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,966.14 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $194.09 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,160.23

Attorney fees paid and disclosed by debtor:     $350.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Alcoa Billing Center | Unsecured | 594.00 | NA | NA | 0.00 | 0.00 |
| All Credit Lenders | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 0.00 | 980.09 | 980.09 | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 1,348.45 | 2,399.55 | 2,399.55 | 0.00 | 0.00 |
| Bakers Best Health | Unsecured | 43.94 | NA | NA | 0.00 | 0.00 |
| Barrington Bank & Trus | Unsecured | 638.00 | NA | NA | 0.00 | 0.00 |
| Barrington Bank & Trus | Unsecured | 548.35 | NA | NA | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 793.00 | 818.70 | 818.70 | 0.00 | 0.00 |
| BRCLYSBANKDE | Unsecured | 842.00 | NA | NA | 0.00 | 0.00 |
| Capital One Bank | Unsecured | 2,568.00 | 2,614.88 | 2,614.88 | 0.00 | 0.00 |
| CBCS | Unsecured | 302.65 | NA | NA | 0.00 | 0.00 |
| CCB Credit Services | Unsecured | 649.06 | NA | NA | 0.00 | 0.00 |
| CELTIC BANK/CONTFINCO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CELTIC/CONT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Client Services, Inc | Unsecured | 1,144.89 | NA | NA | 0.00 | 0.00 |
| Comenity Bank/Nwyrk&Co | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 475.00 | 505.26 | 505.26 | 0.00 | 0.00 |
| CONSUMER FINANCIAL SVC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CRDT FIRST | Unsecured | 1,144.00 | NA | NA | 0.00 | 0.00 |
| Credit First | Unsecured | 1,144.89 | 1,144.89 | 1,144.89 | 0.00 | 0.00 |
| CreditBox.com LLC | Unsecured | 1,889.57 | 1,567.99 | 1,567.99 | 0.00 | 0.00 |
| Creditors Discount & Audit Company | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DRIVENOW | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| European Service at Home | Unsecured | 431.89 | NA | NA | 0.00 | 0.00 |
| Firestone | Unsecured | 1,144.89 | NA | NA | 0.00 | 0.00 |
| Green Stream Lending | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Healthcare Associates Credit Union | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ILDHFS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 1,348.00 | 1,348.45 | 1,348.45 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 649.00 | 649.06 | 649.06 | 0.00 | 0.00 |
| LA Fitness | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Lend UP | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Lions Loans | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Mid America Bank & Trust | Unsecured | 419.00 | 419.02 | 419.02 | 0.00 | 0.00 |
| Mid America Bank & Trust | Unsecured | 0.00 | 449.78 | 449.78 | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 613.00 | 613.30 | 613.30 | 0.00 | 0.00 |
| Monroe & Main | Unsecured | 315.00 | 735.13 | 735.13 | 0.00 | 0.00 |
| Montgomerywd | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 337.50 | 337.50 | 337.50 | 0.00 | 0.00 |
| Ncc Business Svcs Inc | Unsecured | 613.30 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 450.63 | 395.23 | 395.23 | 0.00 | 0.00 |
| North Star Finance, LLC | Unsecured | 842.12 | NA | NA | 0.00 | 0.00 |
| PLS Loan Store | Unsecured | 431.89 | NA | NA | 0.00 | 0.00 |
| PREMIER CRED | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| Radiological Consultants of Woodstock | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| Security Fin | Unsecured | 522.00 | NA | NA | 0.00 | 0.00 |
| Security Finance | Unsecured | 622.00 | 522.00 | 522.00 | 0.00 | 0.00 |
| Surge Mastercard | Unsecured | 643.60 | NA | NA | 0.00 | 0.00 |
| Titlemax Of Illinois Inc d/b/a TitleMax | Secured | 2,503.62 | 2,696.05 | 2,503.62 | 320.32 | 11.98 |
| Titlemax Of Illinois Inc d/b/a TitleMax | Unsecured | NA | 192.43 | 192.43 | 0.00 | 0.00 |
| Total Card Inc | Unsecured | 419.02 | NA | NA | 0.00 | 0.00 |
| Total Visa | Unsecured | 148.00 | NA | NA | 0.00 | 0.00 |
| Womens Doc Sc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| World Acceptance/Finance Corp | Unsecured | 2,125.00 | 2,000.34 | 2,000.34 | 0.00 | 0.00 |
| WORLD FINANCE CORP | Unsecured | 405.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $2,503.62 | $320.32 | $11.98 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$2,503.62** | **$320.32** | **$11.98** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$17,693.60** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $4,160.23 |
| Disbursements to Creditors | $332.30 |
| **TOTAL DISBURSEMENTS** : | **$4,492.53** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/11/2019           By: /s/ Marilyn O. Marshall
                                               Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**